

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00692-CR

The **STATE** of Texas,
Appellant

v.

Amber Suzanne **HNEIDY**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR120210
Honorable Spencer W. Brown, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED June 26, 2013.

Patricia O. Alvarez, Justice